| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Kawana Crawford-Johnson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | 16 B 09423 | | |
| Chapter filing under: | ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ■ Chapter 13 | | |

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☑ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 77.50 | 4/15/16  Month / day / year |
| $ 77.50 | 6/21/16  Month / day / year |
| $ 77.50 | 7/5/16  Month / day / year |
| + $ 77.50 | 7/18/16  Month / day / year |
| Total  $ 310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

6/7/16
Month / day / year

By the court: _____
United States Bankruptcy Judge

**Fill in this information to identify the case:**

Debtor 1: Shelik Marc Morris
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 16-18524

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[✓] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | Month / day / year |
| $_____ | Month / day / year |
| $_____ | Month / day / year |
| + $_____ | Month / day / year |
| **Total** | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
Month / day / year　　　　　　　　　　　　　　　　　Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_- 7 JUN 2016_　　By the court: _Janet S. Baer_
Month / day / year　　　　　　　　　　　　United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

Loretta Harper

Case No. 16-06421
Honorable Carol A. Doyle
Chapter 13

## AGREED ORDER ALLOWING ATTORNEY FEES

At Chicago, Illinois, this 7th day of June 2016, before the Honorable Carol A. Doyle, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the objection of Prestige Financial Services Inc., to confirmation of the Debtor's Chapter 13 Plan, due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Prestige Financial Services Inc. shall be allowed attorney fees in the amount of $350.00 pursuant to Illinois State law, the retail installment contract dated January 22, 2011, for the 2009 TOYOTA Camry, VIN: 4T1BE46K39U364389 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That this order shall act to amend Prestige Financial Services Inc.'s proof of claim to add the allowed attorney fees of $350.00. That section E3.1 of the Debtor confirmed chapter 13 plan be and the same hereby is amended to provide for a total secured claim of $10,250.00 for Prestige Financial Services Inc.

DATE: 6/7/16

ENTER:

Bankruptcy Judge

Attorney for Debtor

/s/ James M. Philbrick
James M. Philbrick
Attorney for **Prestige Financial Services Inc.**
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690

# OFFICE OF THE
# CHAPTER 13 TRUSTEE
# MARILYN O. MARSHALL

OFFICE OF THE CHAPTER 13 TRUSTEE
MARILYN O. MARSHALL, STANDING TRUSTEE
224 SOUTH MICHIGAN AVENUE, SUITE 800
CHICAGO, IL 60604-2500
VOICE: (312) 431-1300
FAX: (312) 431-1656
WEBSITE: WWW.CHICAGO13.COM

Case No: 13 B 30122

## Change of Address

Date: May 23, 2016

Nicole Taylor
622 W. 79th St.
Chicago, IL 60620

Judge: Timothy A Barnes

Attorney:
Robert J Semrad & Associates
20 S Clark St 28th Flr
Chicago, IL 60603

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN - 7 2016
JEFFREY P. ALLSTEADT, CLERK
TEAM CA

Thank you for contacting our office regarding the change in your mailing address. This form provides you with the steps you need to take to change your address. Please be advised that the Trustee will not change your address until this form has been completed and filed with the US Bankuptcy Court at the address listed in Step 2 below. The court will electronically forward a copy of your change to the Trustee.

**Joint Filers**
Complete the boxes below to update the address for each person listed in the case. If the address change is for one person only, then complete that section only.

**Step 1: Enter new address and sign.**

Debtor new address:

344 W. 77th St #3
Chicago, IL 60620

Nicole Taylor
Debtor signature

Joint debtor new address:

Joint debtor signature

**Step 2: Mail this form to:**

United States Bankruptcy Court
219 S Dearborn Suite 713
Chicago, IL 60604

Do **NOT** mail this form back to the Trustee's office.

**Notice**
The US Bankruptcy Court is the official record keeper of all documents pertaining to your case. If you fail to file your address change with the court, you may not receive proper notice from individual parties in your case, such as the Trustee, creditors and your attorney. Contact your attorney if you need help completing and filing this form.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  16-02921
Rich Effinger  )
  )   Chapter: 13
  )
  )   Honorable Jacqueline Cox
  )
Debtor(s)  )

## ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 355.00 | for reimbursable expenses. |
| $ | 4,355.00 | **total fees and reimbursement allowed.** |
| -$ | 350.00 | less payment received from debtor before date of application. |
| $ | 4,005.00 | **balance allowed and due to the attorney under this order.** |

Enter:   *Jacqueline P. Cox*

J. Cox
United States Bankruptcy Judge

Dated:   JUN 0 6 2016

**Fees Payable to:**

David Freydin
Law Offices of David Freydin
579 W. North Ave., Suite 203
Elmhurst, IL 60126
630-516-9990

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: RICH EFFINGER ) Case No. 16 B 02921
)
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 35, having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified in 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

ENTER:

DATED: JUN - 6 2016

_____
J. Cox
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $780.00 | 36 | 5% |

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: TASHON N TONEY )  Case No. 16 B 09921
)
)
Debtor )  Chapter 13
)
)  Judge: JACQUELINE P COX

### ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 18, having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified in 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

ENTER:

DATED: JUN - 6 2016

J. P. Cox
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $250.00 | 36 | 10% |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-09921
Tashon N Toney )
)
) Chapter: 13
)
) Honorable Jacqueline Cox
)
Debtor(s) )

## ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
## COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 382.00 | for reimbursable expenses. |
| $ | 4,382.00 | **total fees and reimbursement allowed.** |
| -$ | 350.00 | less payment received from debtor before date of application. |
| $ | 4,032.00 | **balance allowed and due to the attorney under this order.** |

Enter:

Dated: JUN 0 6 2016

Jacqueline P. Cox
United States Bankruptcy Judge

**Fees Payable to:**

The Semrad Law Firm, LLC
20 S Clark, 28th Floor
Chicago, IL 60603
312-913-0625

Rev: 20151029                                                Local Bankruptcy Form 23-3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Shkena McKnight<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-10423<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

### ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
### COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 387.00 | for reimbursable expenses. |
| $ | 4,387.00 | **total fees and reimbursement allowed.** |
| -$ | 500.00 | less payment received from debtor before date of application. |
| $ | 3,887.00 | **balance allowed and due to the attorney under this order.** |

Enter:

*J. Cox*

Dated: JUN 0 6 2016

United States Bankruptcy Judge

**Fees Payable to:**

The Semrad Law Firm, LLC
20 S Clark, 28th Floor
Chicago, IL 60603
312-913-0625

Rev: 20151029

Local Bankruptcy Form 23-3

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: SHKENA MCKNIGHT )  Case No. 16 B 10423
                    )
           Debtor   )  Chapter 13
                    )
                    )  Judge: JACQUELINE P COX

### ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 13, having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified in 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

ENTER:

DATED: JUN - 6 2016

_____
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $170.00 | 36 | 10% |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-12623
Latisha Inez Strong  )
  )  Chapter: 13
  )
  )  Honorable Jacqueline Cox
  )
Debtor(s)  )

## ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 2,900.00 | for legal services through conclusion of the case. |
| $ | 382.00 | for reimbursable expenses. |
| $ | 3,282.00 | **total fees and reimbursement allowed.** |
| -$ | 350.00 | less payment received from debtor before date of application. |
| $ | 2,932.00 | **balance allowed and due to the attorney under this order.** |

Enter:

J. Cox
United States Bankruptcy Judge

Dated: JUN 0 6 2016

**Fees Payable to:**

The Semrad Law Firm, LLC
20 S Clark, 28th Floor
Chicago, IL 60603
312-913-0625

Rev: 20151029                                                                                  Local Bankruptcy Form 23-3

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: LATISHA INEZ STRONG            )   Case No. 16 B 12623
                                   )
                          Debtor   )   Chapter 13
                                   )
                                   )   Judge: JACQUELINE P COX

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 15, having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified in 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

ENTER:

DATED: JUN - 6 2016

J. Cox
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $175.00 | 36 | 10% |

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT   Northern District of Illinois | PROOF OF CLAIM |
|---|---|

Name of Debtor: Nicholas O. Coleman

Case Number: 16-18224

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
America's Financial Choice, Inc.

Name and address where notices should be sent:
America's Financial Choice
2 W. Madison St., 2nd Floor
Oak Park, IL 60302

Telephone number:
(708) 524-5006

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 7 - 2016
JEFFREY P. ALLSTEADT, CLERK
MAILROOM - KC

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 399.25

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 6498

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ 399.25

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 6/3/16

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Ivy Williams     /s/ Ivy Williams

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.